IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

BERNARD SEIDLING,

            Defendant.

MEMORANDUM

11-cr-126-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Defendant Bernard Seidling has written to ask the court to support his request for the full measure of halfway house placement available to him under the Second Chance Act. 18 U.S.C. § 3624(c). The Act authorizes the Director of the Bureau of Prisons to place prisoners in a community facility for not more than 12 months, to help them adjust to reentry into the community. I have no objection to defendant's placement in a residential re-entry center for whatever length of time that the Director of the Bureau of Prisons believes is appropriate.

    Entered this 27th day of January, 2014.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge