IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                                          ORDER
              v.
                                                       Case No. 11-cr-126-bbc-1
Bernard C. Seidling,

                    Defendant.

---

The defendant in the above-entitled case has been:

_____X_____   convicted of the charge against him and no appeal is pending.
              Therefore, it is directed that the passport be transferred to the
              State Department.

_____   The State Department is not to reissue a passport without
              approval of U.S. Probation.

_____   convicted of the charge against him and no appeal is pending.
              Therefore, it is directed that the passport be transferred to the
              INS Regional Office, Milwaukee, Wisconsin.

_____   acquitted of the charge against him and/or the charge against him
              has been dismissed.  Therefore, it is directed that the passport be
              returned to the defendant or his authorized representative.

_____   Defendant deceased.  Therefore, it is directed that the passport
              be returned to the State Department.

Signed this 12th day of February, 2014


                              BY THE COURT:

                              _____
                              STEPHEN L. CROCKER
                              Magistrate Judge


cc:    USA, Defense Atty, USPO